684

81 So.2d 349

**Leon E. PATTERSON**

v.

**STATE.**

3 Div. 731.

Supreme Court of Alabama.

June 16, 1955.

——◆——

John C. Walters, Troy, for petitioner.

John Patterson, Atty. Gen., for the State.

STAKELY, Justice.

In denying certiorari we do not mean to approve the statement in substance that the admissibility of book accounts in evidence is governed by § 414, Title 7, Code of 1940. Our view is that § 415, Title

7, Code of 1940, must also be considered. Section 415 was put in the code because § 414 was considered inadequate to the needs of present day business. Mitchell v. City of Mobile, 244 Ala. 442, 13 So.2d 664.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.